United States District Court
Southern District of Texas
**ENTERED**
January 03, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARTINIANO ARGUELLO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-134 |
| | § | |
| APACHE INDUSTRIAL SERVICES, | § | |
| INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

# FINAL DISMISSAL ORDER

Pending before the Court is Plaintiff's Motion to Dismiss with Prejudice. Dkt. 22. Because the parties have advised the Court that they have reached a settlement, the Motion is **GRANTED**.

It is therefore **ORDERED** that any and all claims in this case are hereby **Dismissed, with prejudice**. Any pending motions are hereby **DENIED, as moot**.

This is a **Final Judgment.**

SIGNED at Galveston, Texas, this 3rd day of January, 2017.

George C. Hanks Jr.
United States District Judge